UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ZIONS FIRST NATIONAL BANK, ) | CAUSE NO. 1:05-cv-1272-SEB-VSS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOLDSBERRY'S TRANSMISSION ) | |
| REPAIR, INC; SAMUEL J. ) | |
| GOLDSBERRY, SR., PREMIER ) | |
| CAPITAL CORPORATION; CLERMONT ) | |
| ENTERPRISES, INC.; REPUBLIC BANK ) | |
| REAL ESTATE FINANCE, LLC; THE ) | |
| UNITED STATES SMALL BUSINESS ) | |
| ADMINISTRATION; THE WAYNE ) | |
| TOWNSHIP ASSESSOR; THE MARION ) | |
| COUNTY TREASURER; THE CITY OF ) | |
| INDIANAPOLIS DEPARTMENT OF ) | |
| METROPOLITAN DEVELOPMENT; ) | |
| And THE UNITED STATES OF ) | |
| AMERICA INTERNAL REVENUE ) | |
| SERVICE, ) | |
| ) | |
| Defendants. ) | |
| ****************************************** | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Cross/Counter ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ZIONS FIRST NATIONAL BANK, ) | |
| ) | |
| Counter- ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOLDSBERRY'S TRANSMISSION ) | |
| REPAIR, INC; SAMUEL J. ) | |
| GOLDSBERRY, SR.,CLERMONT ) | |
| ENTERPRISES, INC.; REPUBLIC BANK ) | |
| REAL ESTATE FINANCE, LLC; ) | |

| | |
|---|---|
| THE WAYNE TOWNSHIP ASSESSOR; | ) |
| THE MARION COUNTY TREASURER; | ) |
| And THE CITY OF INDIANAPOLIS | ) |
| DEPARTMENT OF | ) |
| METROPOLITAN DEVELOPMENT; | ) |
| | ) |
| Cross- | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the United States of America's motion for summary judgment, and the Court, having examined the United States' motion and supporting affidavit and being duly advised, now makes the following findings of fact and conclusions of law.

## FINDINGS OF FACT

1. On or about May 21, 2002, Goldsberry's Transmission Repair, Inc. executed and delivered to Premier Capital Corporation a promissory note in the principal sum of $109,000.00.

2. To further secure the payment of the promissory note, cross-defendant Samuel J. Goldsberry, Sr., executed and delivered to Premier Capital Corporation an unconditional guaranty.

3. Premier Capital Corporation assigned the promissory note, and guaranty to the SBA, and the SBA is the holder/owner of said documents.

4. Goldsberry's Transmission Repair, Inc. has defaulted in regard to the obligations to the cross/counter plaintiff under the provisions of the note and mortgage by virtue of having defaulted on plaintiff's loan and this lawsuit having been filed, and the entire

indebtedness of Goldsberry's Transmission Repair, Inc. and Samuel J. Goldsberry, Sr., jointly and severally, is now due.

5. As of April 11, 2006, the balance of the indebtedness of Goldberry's Transmission Repair, Inc. and Samuel J. Goldsberry, Sr., jointly and severally, is principal of $97,681.10, accrued interest of $1,552.34, for a total amount due and owing of $99,233.44. Interest continues to accrue on the principal amount at a rate of 5.738% per annum or $15.36 per diem.

## **CONCLUSIONS OF LAW**

1. This Court has jurisdiction in the cause pursuant to 28 U.S.C. Section 1345.

2. Goldsberry's Transmission Repair, Inc. is indebted to the United States by virtue of the aforesaid promissory note.

3. Samuel J. Goldsberry, Sr. is indebted to the United States of America by virtue of his unconditional guaranty.

4. Goldsberry's Transmission Repair, Inc. and Samuel J. Goldsberry, Sr. have defaulted upon their original agreements entered into with the United States of America.

5. The United States is entitled to a judgment against Goldsberry's Transmission Repair, Inc. and Samuel J. Goldsberry, Sr., jointly and severally.

6. If necessary to support a judgment entered herein, any finding of fact shall be considered a conclusion of law, and any conclusion of law shall be considered a finding of fact.

By reason of the foregoing, the United States of America's motion for summary judgment is hereby GRANTED.

Date: 01/24/2007

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Steven I. Bradford
Edmund P. Kos
KOS & ASSOCIATES
110 West Berry Street, Suite 1904
Fort Wayne, IN  46802-2374

Bruce D. Brattain
Mario Garcia
BRATTAIN & MINNIX
151 N. Delaware Street
Suite 760
Indianapolis, IN  46204

Tavonna S. Harris
Andrew J. Mallon
200 East Washington Street, Suite 1601
Indianapolis, IN  46204

Gerald A. Coraz
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048